# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 6, 2026

Lyle W. Cayce
Clerk

No. 26-10389

Kathryn Copeland,

*Plaintiff—Appellant*,

*versus*

Tarrant County, Texas; Office of Court Administration; Judith Wells; Kenneth Newell; David Evans,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-890

UNPUBLISHED ORDER

Before Smith, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED Appellant's opposed motion for injunction pending appeal is DENIED.[1]

---

[1] Judges Haynes would grant temporarily and carry with the case for the merits panel to decide whether to maintain the injunction pending appeal.